UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-20349-CR-UNGARO

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FERNANDO MARULANDA-TRUJILLO,

    Defendant.
_____/

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendant, FERNANDO MARULANDA-TRUJILLO, by and through the undersigned counsel, hereby appeals to the United States Court of Appeals for the Eleventh Circuit, this Court's Order Denying Mr. MARULANDA-TRUJILLO's Emergency Motion for Compassionate Release, said Order which was entered on May 11, 2020. **[D.E. 68]**.

Dated: May 18, 2020

                        Respectfully submitted,

                        */s/ Alvin Ernest Entin*

                        Alvin Ernest Entin
                        Florida Bar No. 127027
                        Entin Law Group, P. A.
                        633 S Andrews Ave Ste 500
                        Fort Lauderdale, FL 33301
                        Tel. Office: 954-761-7201
                        Email: aentin@hotmail.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22th day of May, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

>*/s/ Alvin E. Entin*
>Alvin Entin, Esquire