UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:11-cr-20349-UU-1

UNITED STATES OF AMERICA,

v.

FERNANDE VICENTE MARULANDA TRUJILLO,

    Defendant.
_____/

## ORDER

THIS CAUSE is before the Court upon Defendant's Second Expedited Motion for Compassionate Release, D.E. 81 ("Release Motion"), and Expedited Motion to Compel Legal Call, D.E. 84 ("Call Motion").

The Court has considered the Motion, the pertinent portions of the record, and is otherwise fully advised in the premises.

## DISCUSSION

*Release Motion*

On May 11, 2020, this Court denied Defendant's Motion to Reduce Sentence, D.E. 62, because it found that Defendant did not establish extraordinary and compelling reasons for release, and that the 18 U.S.C. § 3553 sentencing factors militated against release in any event. D.E. 68. Defendant filed a notice of appeal as to that Order, D.E. 71, divesting this Court of jurisdiction "to take any action with regard to the matter except in aid of the appeal." *United States v. Diveroli*, 729 F.3d 1339, 1341 (11th Cir. 2013) (quoting *Shewchun v. United States*, 797 F.2d 941, 942 (11th Cir. 1986)); Fed. R. App. 4(b).  Thus, the Court may defer considering the Release Motion, deny the Release Motion, or state that it would grant the Release Motion on remand or that the Release

1

Motion raises a substantial issue. Fed. R. Crim. P. 37(a). Defendant has significant medical issues, but the Court's analysis of the § 3553 sentencing factors remains unchanged. *See* D.E. 68. The Court will deny the Release Motion.

*Call Motion*

As an initial matter, the Court faces the same jurisdictional issues outlined above as it does with the Release Motion. Further, to the extent counsel for Defendant complains about being able to reach Defendant via phone call, this Court does not generally tell the BOP how to administer its facilities. *See* 18 U.S.C. § 3621. Appropriate vehicles for Defendant to seek redress may include an action under 42 U.S.C. § 1983 or pursuit of the BOP's own administrative remedy process. To the extent the Call Motion seeks an extension to file further documentation in support of the Release Motion, it is denied as moot. Accordingly, it is hereby

ORDERED AND ADJUDGED that the Release Motion, D.E. 81, is DENIED. It is further

ORDERED AND ADJUDGED that the Call Motion, D.E. 84, is DENIED.

DONE AND ORDERED in Chambers, Miami, Florida, this _26th_ day of December 2020.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc:
Counsel of Record via CM/ECF