UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-20349-CR-UNGARO

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FERNANDO VICENTE MARULANDA-TRUJILLO,

    Defendant.
_____/

## SUGGESTION OF DEATH

COMES NOW the undersigned counsel, on behalf of the Defendant, FERNANDO VICENTE MARULANDA TRUJILLO, and suggests that this proceeding which is currently before the Eleventh Circuit Court of Appeals, is moot as FERNANDO VICENTE MARULANDA-TRUJILLO passed away on March 25, 2021, after a long battle with COVID-19. Therefore, this proceeding should be deemed terminated.

        Respectfully submitted,

        *John Howes*
        John R. Howes, Esq.
        Howes Law Group, P.A.
        633 S. Andrews Ave., Suite 500
        Ft. Lauderdale, FL 33301
        Phone (during COVID) 954.328.2358
        Email: johnrhowes@gmail.com
        Florida Bar No. 0219193

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of March 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing

document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

        Respectfully submitted,

        *John Howes*